# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. <u>1:19-cv-251</u> |
| v. | )<br>) |
| BAE SYSTEMS, INC., a Delaware corporation; BAE SYSTEMS LAND & ARMAMENTS LP, a Delaware limited partnership; LEONARDO DRS, INC., a Delaware corporation; and DRS NETWORK & IMAGING SYSTEMS, LLC, a Delaware limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 7, Plaintiff Raytheon Company ("Raytheon") will move, in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314, on Friday, March 22, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order granting Raytheon's motion for preliminary injunction. The grounds for Raytheon's motion are set forth in the motion and memorandum of points and authorities filed concurrently herewith.

Dated: March 1, 2019                           Respectfully Submitted,

                                                                RAYTHEON COMPANY

                                                                By its attorney,

1

    /s/ Gregory H. Lantier
Gregory H. Lantier
Virginia Bar No. 65657
Attorney for Raytheon Company
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Phone: (202) 663-6327
Fax:    (202) 663-6363
Email: gregory.lantier@wilmerhale.com